UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

11 JAN 21 AM 11:09

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: \_\_\_\_\_ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>NOE DEL ANGEL-ANDRADE,<br><br>            Defendant. | CASE NO. 10CR4957-BEN<br><br>JUDGMENT OF DISMISSAL |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_    the Court has dismissed the case for unnecessary delay; or

\_\_\_    the Court has granted the motion of the Government for dismissal; or

\_\_\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_    a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_    the jury has returned its verdict, finding the defendant not guilty;

**X**    of the offense(s) of the Information.

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/20/11

_____
CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE